**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE LLC, | : Case No.: 5:25-cv-04033-BLF |
| Plaintiff, | : |
| | : **[PROPOSED] ORDER** |
| v. | : |
| POINT FINANCIAL, INC., | : |
| Defendant. | : |
| | : |
| | : |
| | : |

**IT IS HEREBY ORDERED THAT** Defendant Point Financial, Inc.'s Administrative Motion to Remove Incorrectly Filed Document is GRANTED.

**IT IS FURTHER ORDERED THAT** the ECF HelpDesk is directed to permanently remove ECF No. 227 from the docket.

**IT IS SO ORDERED**.


**DATED** this 20th day of April, 2026.


The Honorable Beth Labson Freeman
United States District Court Judge