United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GOOGLE LLC,

               Plaintiff,

     v.

POINT FINANCIAL, INC.,

               Defendant.

Case No.  25-cv-04033-BLF

**ORDER REGARDING GOOGLE LLC'S ADMINISTRATIVE SEALING MOTIONS**

[Re:  ECF Nos. 230, 231]

Before the Court are two administrative motions:

(1) Google LLC's ("Google") Administrative Motion to File Under Seal.  ECF No. 230.

(2) Google's Administrative Motion to Consider Whether Point Financial, Inc.'s ("PFI") Material Should be Sealed.  ECF No. 231.

For the reasons set forth below, Google's administrative motions are GRANTED to the extent Google requests redactions.

I.  **LEGAL STANDARD**

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)).  Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).  Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d

1092, 1099–101 (9th Cir. 2016); *Kamakana*, 447 F.3d at 1178–80.

In addition, in this district, all parties requesting sealing must comply with Civil Local Rule 79-5. That rule requires, *inter alia*, the moving party to provide "the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." Civil L.R. 79-5(c)(1). Civil Local Rule 79-5 requires the moving party to provide "evidentiary support from declarations where necessary." Civil L.R. 79-5(c)(2). And the proposed order must be "narrowly tailored to seal only the sealable material." Civil L.R. 79-5(c)(3).

Further, when a party seeks to seal a document because it has been designated as confidential by another party, the filing party must file an Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Civil L.R. 79-5(f). In that case, the filing party need not satisfy the requirements of subsection (c)(1). Civil L.R. 79-5(f)(1). Instead, the party who designated the material as confidential must, within seven days of the motion's filing, file a statement and/or declaration that meets the requirements of subsection (c)(1). Civil L.R. 79-5(f)(3). A designating party's failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the designating party. *Id.* Any party can file a response to that declaration within four days. Civil L.R. 79-5(f)(4).

## II.    ECF NO. 230

Google has filed an administrative motion to seal portions of its motion for partial summary judgment and exhibits thereto. ECF No. 230. PFI opposes on the ground that the "information Google seeks to seal has already been disclosed, is commonly known, and [is] publicly available." ECF No. 235 at 1.

Google separates its sealing requests into three categories. The first category is "terms, phrases, and documents pertaining to Google's confidential and proprietary technology at issue in this litigation." ECF No. 230 at 3. Google contends the disclosure of this information would reveal Google's confidential technology and in turn "weaken the competitive advantage Google

United States District Court
Northern District of California

maintains in the marketplace." *Id.* The second category of requests consists of "confidential contracts with third parties" pertaining to Google's plans to develop, design, and manufacture the chip at issue in this litigation. *Id.* Google argues that the disclosure of this information would expose Google's "strategic decision-making with respect to the terms offered to its contracting partners" and, in turn, harm its competitive advantage. *Id.* The third category of information Google seeks to seal is non-public information pertaining to Google's agreements with third parties and the identities of the vendors that manufacture, test, and assemble the at-issue chip. *Id.* at 3–4. According to Google, the public disclosure of this information would reveal Google's strategy with respect to its contractual relationships and weaken its leverage. *Id.* at 4.

As the sealing request relates to a motion for partial summary judgment, which the Court finds is "more than tangentially related to the underlying cause[s] of action," the Court will apply the "compelling reasons" standard. *Ctr. for Auto Safety*, 809 F.3d at 1099–101. It may be, as PFI argues, that some of the information Google seeks to seal is publicly known. *See* ECF No. 235 at 1–4. But Google's litigation documents aggregate confidential information in a single place, which heightens their sensitivity. The Court thus finds that compelling reasons exist to seal the materials Google identifies, because the "compelling reasons" standard is met for confidential business information that would harm a party's competitive standing if publicly disclosed. *See Music Grp. Macao Com. Offshore Ltd. v. Foote*, No. 14-cv-03078, 2015 WL 3993147, at *6 (N.D. Cal. June 30, 2015); *Jam Cellars, Inc. v. Wine Grp. LLC*, No. 19-cv-01878, 2020 WL 5576346, at *2 (N.D. Cal. Sept. 17, 2020) (finding compelling reasons for sealing "confidential business and proprietary information"); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-cv-00220, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (finding compelling reasons for sealing "information that, if published, may harm . . . competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets"); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (finding sealable "business information that might harm a litigant's competitive standing").

The Court also finds that the request is narrowly tailored. *See* Civil L.R. 79-5(c)(3). The Court's ruling is summarized below:

United States District Court
Northern District of California

| Public ECF No. / Sealed ECF. No. | Document | Portion(s) to Seal | Ruling |
|---|---|---|---|
| 226-1 / 230-4 | Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at i:7, 9, 11, 14; 1:9, 11, 14, 16, 23, 26; 2:1, 6; 3:14, 20, 22, 24, 26; 4:6, 8, 13, 17-18, 20, 22-24; 5:1-3, 7-8, 10-16, 20, 22, 24-25, 27-28; 6:1, 8, 13, 7-16, 19, 21-23, 25-26; 7: 2-3, 6, 13-17, 19-24; 8:3, 10-11, 18-19, 27-28; 9:4, 12, 20-21, 23-25; 10:1, 11-12, 16, 22, 28; 11:3, 5-6, 8, 12-17, 20-21, 28; 12:18-19, 21, 25; 13:4-6; 14:14-16, 18, 21-22; 15:2-3, 19-20, 22-23, 28; 16:6, 18, 25-26, 28; 17:1-3, 16, 25-26; 18:1, 3, 12-15, 17; 19:12, 14, 18-19, 21-22, 25-26; 20:3, 7, 9, 12-13, 15; 22:19, 22-23, 25, 28; 23: 3, 5-6, 9-10, 12-17, 19-20. 24:2, 5-6, 13. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-5 | Exhibit 1 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-5 | Exhibit 2 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

| 226-5 / 230-5 | Exhibit 3 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-6 | Exhibit 4 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 5 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 6 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 7 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 8 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

| 226-5 / 230-6 | Exhibit 9 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-6 | Exhibit 10 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:9, 12, 14-16, 22, 25, 27; 2:5, 7, 11, 14-22, 24, 26; 3:2-4, 6-13, 15, 18, 20; 4:1-2, 4, 11; 5:7-8, 10, 14, 16, 18, 20-21, 23. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 11 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:6, 17, 23-24; 3:1-5; 10, 12-23, 26-28; 4:1-25; 5:1-12, 14-18, 21-23, 25-28; 6:1-2, 4, 10, 13, 21; 7:7, 9, 11-13. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

| 226-5 / 230-6 | Exhibit 12 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:1-6, 8-12, 14-16, 18-20, 23-24; 2:1, 3, 6, 11-12, 14, 16, 19, 21; 3:1-3, 6-7, 10, 12-14; 5:1, 3, 5, 7, 11-16, 19, 23, 26, 29, 36; 6:5-6, 8; 8:1, 4-6, 8, 10, 15-20, 23-26, 30; 9:1-2, 4-9, 12-15, 19; 10:1-2, 4-9, 12-15, 19; 11:2-3, 7-12, 14-17, 19; 12:1-6, 9-11, 15-16, 21; 13:10, 16; 14:4, 7-8, 10, 18-21; 15:1-3, 7-8, 12, 18-19, 21; 16:4, 12-13; 17:8-13, 17-18, 23; 18:4, 9, 13, 20; 19:5, 12-13, 17-18, 24, 27, 31; 20:8,13-15, 19; 21:3-5, 12; 22:1-2, 4; 23:1, 6-7, 9, 13. 18-19, 21; 24:4, 9-10, 12; 25:1, 6-7, 9; 27:3, 10, 17; 29:3-4, 6, 9, 17-18, 20, 22-23, 26, 28, 34-35; 30:1, 6-7, 9; 32:8, 19, 24, 26, 32; 33:9, 15, 22; 36:1, 4-5, 7, 9, 12, 15, 20, 27, 32-33; 37:2; 39:1-38; 41:1, 4, 6, 10, 13-15, 20, 26-27, 31; 42:1, 3, 6-7, 10, 14-15, 17-19, 22, 25, 26-28, 31-33; 43:1-2, 5-6, 13, 16, 21; 44:1, 4, 6-9, 14-15, 17-18, 23-24, 26; 45:1, 6-7, 9; 47:3, 9, 25, 31, 38. | GRANTED as containing confidential business information, the release of which could harm Google. |

| 226-5 / 230-6 | Exhibit 15 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 6:4-5, 17, 28; 13:27; 18:8-9, 22, 27; 65:6, 8-10; 85:20, 24; 86:2, 3; 90:2-3. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-6 | Exhibit 20 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 155:11, 17; 156:20; 158:21-22. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 21 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 25:15-16, 20-22, 24-25; 31:11, 17. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 22 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 68:21-22, 24. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 23 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 122:11, 13; 123:17; 124:6. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 27 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:15, 26; 3:5, 17; 4:1, 12, 23; 5:3-6, 9-10, 13-19, 21, 24; 6:6, 11, 17-19, 23; 7:4, 10, 18. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

| 226-5 / 230-6 | Exhibit 28 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:22. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-6 | Exhibit 30 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire audio file. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 32 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:7-8, 17, 24; 2:7, 8, 22; 3:2, 4-6, 8-9, 13-14, 20; 4:1, 3, 5, 8, 10. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 33 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire audio file. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 34 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:25. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 36 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire audio file. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

United States District Court
Northern District of California

| 226-5 / 230-6 | Exhibit 37 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:11. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-6 | Exhibit 39 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire audio file. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 40 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:3, 10, 16, 32. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 41 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:2, 15, 20-21; 3:4. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 42 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire audio file. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 43 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:24-25. | GRANTED as containing confidential business information, the release of which could harm Google. |

| 226-5 / 230-6 | Exhibit 44 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:14; 2:1, 9. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-6 | Exhibit 45 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire audio file. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 48 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire audio file. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 49 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:42-43, 45-46; 2:1-4, 7-10, 20-22. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 50 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:4-7, 11-15, 20-23. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 51 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:7-9, 11-13. | GRANTED as containing confidential business information, the release of which could harm Google. |

| 226-5 / 230-7 | Exhibit 52 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:4, 6, 13, 18-19, 25, 28, 31. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-7 | Exhibit 53 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:5, 12-13, 16-17, 23, 26, 29. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 54 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:5, 12, 15-16, 22, 25, 28. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 55 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:22. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 56 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 57 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:34. | GRANTED as containing confidential business information, the release of which could harm Google. |

| 226-5 / 230-7 | Exhibit 59 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:7-11. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-7 | Exhibit 60 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:8, 14-15. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 61 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:11, 40. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 62 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 10, 17. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 63 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 10, 17-19. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 64 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 10, 18-19. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

13

United States District Court
Northern District of California

| 226-5 / 230-7 | Exhibit 65 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:15-16, 27-34; 2:2-4. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-7 | Exhibit 66 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 8, 10, 16, 28, 34, 41-43. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 67 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 10, 12, 18, 30, 36, 44; 2:1. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 68 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:8, 19, 24, 26, 32; 2:9, 15, 22. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 69 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:19; 2:5. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 70 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:8. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

| 226-5 / 230-7 | Exhibit 71 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 9, 25, 31, 37. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-7 | Exhibit 72 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 9, 24, 30, 36-38. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 73 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:3, 9, 25, 31, 38-39. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 74 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:25, 27-28, 30-34; 2:1-4, 6, 11-13, 22-27. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 75 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:40-42; 2:2-8. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 76 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

| 226-5 / 230-7 | Exhibit 77 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-7 | Exhibit 78 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:9-15, 19, 28-30. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 79 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 1:24, 26, 30-36; 2:1-3, 5, 9-17, 21-24. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 80 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-7 | Exhibit 81 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-8 | Exhibit 82 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

16

| 226-5 / 230-8 | Exhibit 83 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 226-5 / 230-8 | Exhibit 84 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-8 | Exhibit 85 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 2:19-20. | GRANTED as containing confidential business information, the release of which could harm Google. |

### III.    ECF NO. 231

Google has filed an administrative motion to consider whether PFI's material should be sealed.  ECF No. 231.  Google contends that this material, which is contained in exhibits 25 and 26 to its motion for partial summary judgment, contains sealable material.  *Id.*  PFI does not seek to seal any material and opposes Google's request on the ground that the "information Google seeks to seal has already been disclosed, is commonly known, and [is] publicly available."  ECF No. 236 at 2.

Google separates its sealing requests into two categories.  The first category is "direct quotes from or close restatements of the non-standard provisions of the Master Purchase Agreement or the Statements of Work."  ECF No. 231 at 3.  Google argues that the disclosure of this information would expose Google's "strategic decision-making with respect to the terms offered to its contracting partners," and, in turn, harm its competitive advantage.  *Id.*  The second category relates to confidential agreements with third parties regarding Google's plans to develop,

17

United States District Court
Northern District of California

design, and manufacture the chip at issue in this litigation. *Id.* According to Google, the public disclosure of this information would reveal Google's strategy with respect to its contractual relationships and undermine its leverage in the marketplace. *Id.*

As the sealing request relates to a motion for partial summary judgment, which the Court finds is "more than tangentially related to the underlying cause[s] of action," the Court will apply the "compelling reasons" standard. *Ctr. for Auto Safety*, 809 F.3d at 1099–101. PFI argues that Google's sealing requests are inconsistent with the strong presumption of access to public records, including because the information Google seeks to seal is publicly available. ECF No. 236 at 2–3. Maybe so, but the Court again finds that Google's litigation documents aggregate confidential information in a single place, which heightens sensitivity. The Court thus finds that compelling reasons exist to seal the materials Google identifies, because the "compelling reasons" standard is met for confidential business information that would harm a party's competitive standing if publicly disclosed. *See Music Grp. Macao Com. Offshore Ltd. v. Foote*, No. 14-cv-03078, 2015 WL 3993147, at *6 (N.D. Cal. June 30, 2015); *Jam Cellars, Inc. v. Wine Grp. LLC*, No. 19-cv-01878, 2020 WL 5576346, at *2 (N.D. Cal. Sept. 17, 2020) (finding compelling reasons for sealing "confidential business and proprietary information"); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-cv-00220, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (finding compelling reasons for sealing "information that, if published, may harm . . . competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets"); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (finding sealable "business information that might harm a litigant's competitive standing").

The Court also finds that the request is narrowly tailored. *See* Civil L.R. 79-5(c)(3). The Court's ruling is summarized below:

| Public ECF No. / Sealed ECF. No. | Document | Portion(s) to Seal | Ruling |
|---|---|---|---|
| 226-5 / 230-6 | Exhibit 25 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 138:5-6; 139:3, 17, 21; 140:2, 7, 10, 16; 141:16; 142:2, 16, 21; 143:2-3, 12, 14-15, 19; 144:5, 7, 10; 145:17. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 226-5 / 230-6 | Exhibit 26 to Google's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment | Highlighted portions at 39:3; 41:2, 4, 22; 42:23; 43:2. | GRANTED as containing confidential business information, the release of which could harm Google. |

## IV.    ORDER

For the foregoing reasons, IT IS HEREBY ORDERED that:

(1) Google's administrative motions, ECF Nos. 230, 231, are GRANTED to the extent Google requests redactions.

(2) Google SHALL upload a public version of its motion for partial summary judgment and a complete public set of all of the exhibits thereto, including those that are entirely sealed (which should be identified with a placeholder page), those with redactions, and those that are not sealed at all.  The Court requests that the exhibits be submitted in numerical order and be clearly labeled and identified on the docket.  Google SHALL upload this complete public version of its motion for summary judgment and set of exhibits on or before **May 6, 2026.**

Dated:  April 29, 2026

_____
BETH LABSON FREEMAN
United States District Judge