**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>POINT FINANCIAL, INC.,<br><br>        Defendant. | Case No.  25-cv-04033-BLF<br><br>**ORDER REGARDING ADMINISTRATIVE SEALING MOTIONS**<br><br>[Re:  ECF Nos. 254, 256] |

Before the Court are two administrative motions:

(1) Google LLC's ("Google") Administrative Motion to File Under Seal.  ECF No. 254.

(2) Point Financial, Inc.'s ("PFI") Administrative Motion to Consider Whether PFI's Response to Google's Motion for Partial Summary Judgment and Supporting Exhibits Should be Sealed.  ECF No. 256.

For the reasons set forth below, the administrative motions are GRANTED to the extent Google seeks redactions.

## I.    LEGAL STANDARD

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)).  Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."  *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).  Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of

access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099–101 (9th Cir. 2016); *Kamakana*, 447 F.3d at 1178–80.

In addition, in this district, all parties requesting sealing must comply with Civil Local Rule 79-5. That rule requires, *inter alia*, the moving party to provide "the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interests that warrant sealing; (ii) the injury that will result if sealing is denied; and (iii) why a less restrictive alternative to sealing is not sufficient." Civil L.R. 79-5(c)(1). Civil Local Rule 79-5 requires the moving party to provide "evidentiary support from declarations where necessary." Civil L.R. 79-5(c)(2). And the proposed order must be "narrowly tailored to seal only the sealable material." Civil L.R. 79-5(c)(3).

Further, when a party seeks to seal a document because it has been designated as confidential by another party, the filing party must file an Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Civil L.R. 79-5(f). In that case, the filing party need not satisfy the requirements of subsection (c)(1). Civil L.R. 79-5(f)(1). Instead, the party who designated the material as confidential must, within seven days of the motion's filing, file a statement and/or declaration that meets the requirements of subsection (c)(1). Civil L.R. 79-5(f)(3). A designating party's failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the designating party. *Id.* Any party can file a response to that declaration within four days. Civil L.R. 79-5(f)(4).

## II.    ECF NO. 254

Google has filed an administrative motion to seal portions of its response in opposition to PFI's motion for summary judgment and exhibits thereto. ECF No. 254. PFI has not submitted an opposition to Google's administrative motion.

Google separates its sealing request into three categories. The first category is "terms and phrases pertaining to Google's confidential and proprietary technology at issue in this litigation." *Id.* at 3. Google contends the disclosure of this information would reveal Google's confidential technology and in turn "weaken the competitive advantage Google maintains in the marketplace." *Id.* The second category consists of quotes or close restatements of provisions of Google's

confidential contracts with third parties pertaining to Google's plans regarding the chip at issue in this litigation. *Id.* Google argues that the disclosure of this information would expose Google's "strategic decision-making with respect to the terms offered to its contracting partners" and harm its competitive advantage. *Id.* The third category of information Google seeks to seal is non-public business information pertaining to Google's agreements with third parties as to its plans for the at-issue chip. *Id.* According to Google, the public disclosure of this information would reveal Google's strategy with respect to its contractual relationships and weaken its leverage. *Id.* at 2–3.

As the sealing request relates to a response to a motion for summary judgment, which the Court finds is "more than tangentially related to the underlying cause[s] of action," the Court will apply the "compelling reasons" standard. *Ctr. for Auto Safety*, 809 F.3d at 1099–101. The Court finds that compelling reasons exist to seal the materials Google identifies, because the "compelling reasons" standard is met for confidential business information that would harm a party's competitive standing if publicly disclosed. *See Music Grp. Macao Com. Offshore Ltd. v. Foote*, No. 14-cv-03078, 2015 WL 3993147, at *6 (N.D. Cal. June 30, 2015); *Jam Cellars, Inc. v. Wine Grp. LLC*, No. 19-cv-01878, 2020 WL 5576346, at *2 (N.D. Cal. Sept. 17, 2020) (finding compelling reasons for sealing "confidential business and proprietary information"); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-cv-00220, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (finding compelling reasons for sealing "information that, if published, may harm . . . competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets"); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (finding sealable "business information that might harm a litigant's competitive standing").

The Court also finds that the request is narrowly tailored. *See* Civil L.R. 79-5(c)(3). The Court's ruling is summarized below:

United States District Court
Northern District of California

| Public ECF No. / Sealed ECF. No. | Document | Portion(s) to Seal | Ruling |
|---|---|---|---|
| 253 / 254-3 | Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 1:21, 28; 2:8-9, 13, 28; 3: 1-2, 6, 9, 15-19, 21-26; 4:4, 18, 20, 24-25; 6:10-13, 14-17, 22-23; 7:2-5, 8-15, 17-26; 8:4, 14-15, 17, 19-26; 9:2, 5-8, 10-13, 16-17, 21; 11:22-23; 12:4, 6, 8-12; 14:25; 15:16; 16:20; 17:6-9; 18:7-8, 11-12, 15-23; 19:10, 12, 25-26, 28; 20:1, 4, 14-21; 21:8, 12; 22:23, 25, 27; 23:1, 3, 7-8, 14, 19-20, 24-26; 24:1, 4, 11, 16, 21, 23, 25-26, 28; 25:2, 6-7. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 86 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 1:4, 5-7. | GRANTED as containing confidential business information, the release of which could harm Google. |

| 253-2 / 254-4 | Exhibit 87 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 1:1, 4-6, 8, 10, 15-20, 23-26, 30; 2:1-2, 4-9, 12-15, 19; 3:1-2, 4-9, 12-15, 19; 4:2-3, 7-12, 14-17, 19; 5:1-6, 9-11, 15-16, 21; 6:10, 16; 7:4, 7-8, 10, 18-21; 8:1-3, 7-8, 13, 19-20, 22; 9:4, 12-13; 10:8-13, 17-18, 23; 11:4, 9, 13, 20; 12:4, 11-12, 16-17, 23, 26, 30; 13:8, 13-15, 19; 14:3-5, 12; 15:1-3; 16:1, 6-7, 9, 13, 18-19, 21; 17:4, 9-10, 12; 18:1, 6-7, 9. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 253-2 / 254-4 | Exhibit 88 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 58:7. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 89 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 90 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 2:6-7, 10-15, 17-19, 24, 26; 3:10, 14-17. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 91 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 130:1, 8-9, 11-13, 18, 20; 131:6-7, 11, 19, 21-22; 132:2, 4, 20. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 92 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 28:13; 79:2-3, 21; 80:17; 81:1-2, 4; 144:1, 4, 9, 15-19; 145:9-10, 12, 14-15, 18-20, 24. | GRANTED as containing confidential business information, the release of which could harm Google. |

| 253-2 / 254-4 | Exhibit 93 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 2:18-19. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 253-2 / 254-4 | Exhibit 94 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 95 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 96 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 97 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 98 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 99 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 100 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 101 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 102 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 103 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-4 | Exhibit 104 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

United States District Court
Northern District of California

| 253-2 / 254-4 | Exhibit 105 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 253-2 / 254-5 | Exhibit 106 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 107 to Google's Response to PFI's Motion for Summary Judgment | Highlighted portions at 55:5, 11-13, 23-25. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 108 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 109 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 110 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 111 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 112 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 113 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 114 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 115 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 253-2 / 254-5 | Exhibit 116 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

| 253-2 / 254-5 | Exhibit 117 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 253-2 / 254-5 | Exhibit 118 to Google's Response to PFI's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

### III.    ECF NO. 256

PFI has filed an administrative motion to consider whether PFI's response to Google's motion for partial summary judgment and supporting exhibits should be sealed.  ECF No. 256.  Google submitted a statement in support of sealing.  ECF No. 259.  Although PFI maintains that "none of these materials warrant sealing," ECF No. 256 at 1, PFI does not oppose Google's request.

Google separates its sealing request into three categories.  The first category is "terms, phrases, and documents pertaining to Google's confidential and proprietary technology at issue in this litigation."  ECF No. 259 at 2.  Google contends the disclosure of this information would reveal Google's confidential technology and in turn "weaken the competitive advantage Google maintains in the marketplace."  *Id.*  The second category consists of "confidential contracts with third parties" pertaining to Google's plans to develop, design, and manufacture the chip at issue in this litigation.  *Id.*  Google argues that the disclosure of this information would expose Google's "strategic decision-making with respect to the terms offered to its contracting partners" and harm its competitive advantage.  *Id.*  The third category of information Google seeks to seal is confidential information pertaining to Google's agreements with third parties and the identities of the vendors that manufacture, test, and assemble the at-issue chip.  *Id.*  According to Google, the public disclosure of this information would reveal Google's strategy with respect to its contractual relationships and weaken its leverage.  *Id.* at 3.

As the sealing request relates to a response to a motion for partial summary judgment, which the Court finds is "more than tangentially related to the underlying cause[s] of action," the Court will apply the "compelling reasons" standard.  *Ctr. for Auto Safety*, 809 F.3d at 1099–101.  The Court finds that compelling reasons exist to seal the materials Google identifies, because the

United States District Court
Northern District of California

"compelling reasons" standard is met for confidential business information that would harm a party's competitive standing if publicly disclosed. *See Music Grp. Macao Com. Offshore Ltd. v. Foote*, No. 14-cv-03078, 2015 WL 3993147, at *6 (N.D. Cal. June 30, 2015); *Jam Cellars, Inc. v. Wine Grp. LLC*, No. 19-cv-01878, 2020 WL 5576346, at *2 (N.D. Cal. Sept. 17, 2020) (finding compelling reasons for sealing "confidential business and proprietary information"); *Fed. Trade Comm'n v. Qualcomm Inc.*, No. 17-cv-00220, 2019 WL 95922, at *3 (N.D. Cal. Jan. 3, 2019) (finding compelling reasons for sealing "information that, if published, may harm . . . competitive standing and divulges terms of confidential contracts, contract negotiations, or trade secrets"); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (finding sealable "business information that might harm a litigant's competitive standing").

The Court also finds that the request is narrowly tailored. *See* Civil L.R. 79-5(c)(3). The Court's ruling is summarized below:

| Public ECF No. / Sealed ECF. No. | Document | Portion(s) to Seal | Ruling |
|---|---|---|---|
| Not on the Docket / 260 | Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at i:21-22;<br>1: 5-7, 9, 17-20, 22-23;<br>2:1-6, 11, 13-18, 20, 23, 25, 27;<br>3:1, 6, 10, 14-16, 19, 26;<br>4:2, 11, 24;<br>5:1, 4;<br>8:13;<br>12:9-12;<br>17:22;<br>19:25, 27;<br>20:1-2, 7, 10-11, 13;<br>21:9-10, 12;<br>22:18-24;<br>23:1, 3, 5, 7, 9-11, 16, 22-24;<br>24:1-8, 19, 21-22;<br>25:1, 4, 6-8, 20. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 255-2 / 260-1 | Exhibit KK to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 1:1, 2, 4-7, 10, 20, 22-24, 28. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

9

| 255-2 / 260-1 | Exhibit LL to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 1:15-16; 2:1-2; 3:3; 15:1, 6, 13, 17; 16:16, 19; 17:4, 18, 23-25; 18:3, 9, 15, 21, 24; 20:25; 21:9; 22:22; 65:5, 7, 17; 66:5, 7, 15-16, 18-19, 25; 73:18, 25; 76:1, 12, 25; 119:8, 21, 23; 120:1, 10-11, 16, 21. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 255-2 / 260-1 | Exhibit MM to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 1:3, 4, 6, 9, 17, 18, 20, 22-23, 26, 28, 34-35; 2:1, 6-7, 9. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 255-2 / 260-1 | Exhibit NN to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 1:1, 4-5, 7, 9, 12, 15, 20, 27, 32-33. 2:2. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 255-2 / 260-1 | Exhibit OO to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 1:1, 4, 6, 10, 13-15, 20, 26-27, 31; 2:1,3, 6-7, 10,14-15, 17-19, 22, 25, 27-29, 32-34; 3:1-2, 5-6, 13, 16, 21; 4:1, 4, 6-9, 14-15, 17-18,23-24, 26; 5:1, 6-7, 9. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 255-2 / 260-1 | Exhibit PP to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 51:5, 7-8. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 255-2 / 260-1 | Exhibit QQ to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 1:8-9, 19; 2:4, 16, 20; 3:11, 14, 18-19, 22, 24; 4:2-3, 15, 18, 20, 22, 25; 5:1, 6, 9, 14, 16, 19-20; 6:3, 6-7, 9, 13, 16. | GRANTED as containing confidential business information, the release of which could harm Google. |

United States District Court
Northern District of California

| 255-2 / 260-1 | Exhibit RR to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |
|---|---|---|---|
| 255-2 / 260-1 | Exhibit UU to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Highlighted portions at 2:12; 112:4. | GRANTED as containing confidential business information, the release of which could harm Google. |
| 255-2 / 260-1 | Exhibit VV to Point Financial, Inc.'s Response to Google's Motion for Summary Judgment | Entire document. | GRANTED as containing confidential business information, the release of which could harm Google. |

## IV.    ORDER

For the foregoing reasons, IT IS HEREBY ORDERED that:

(1) Google's administrative motion, ECF No. 254, is GRANTED.

(2) PFI's administrative motion, ECF No. 256, is GRANTED to the extent Google requests redactions.

(3) Each party SHALL upload a public version of its opposition and a complete public set of all of the exhibits thereto, including those that are entirely sealed (which should be identified with a placeholder page), those with redactions, and those that are not sealed at all.  The Court requests that the exhibits be submitted in order and be clearly labeled and identified on the docket.  Each party SHALL upload the public version of its opposition and exhibits on or before **May 29, 2026**.

Dated:  May 20, 2026

_____
BETH LABSON FREEMAN
United States District Judge

11